IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       3:19cr129-MHT
                            )           (WO)
JAMES BLAIN EATON           )
```

ORDER

Upon consideration of the probation officer's motion for early termination of defendant James Blain Eaton's supervised release and the included report describing Eaton's successful compliance with all terms of his supervision for 24 months, as well as his stable residence and overall community reintegration, and based on the probation officer's representation that the government does not oppose the motion, it is ORDERED that:

(1) The motion for early termination of supervised release (Doc. 44) is granted.

(2) Defendant James Blain Eaton's term of supervised release is terminated effective immediately, and he is discharged.

DONE, this the 29th day of February, 2024.

                                                /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE